UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WALLACE GILPIN,

                              Plaintiff,

        v.

GREGORY F JONES,

                              Defendant.

No. 2:16-CV-01677-RBL-DWC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

        The Court, having reviewed the Report and Recommendation of Magistrate Judge David

W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation.

        (2)     Defendant's Motion for Summary Judgment (Dkt. 23) is granted, and Plaintiff's
                claims are dismissed without prejudice.

        (3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for
                Defendants, and to the Hon. David W. Christel.


        **DATED** this 22nd day of December, 2017.



                                                Ronald B. Leighton
                                                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1